JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MEREDITH CLARKE,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>J.F. SALAZAR, Warden,<br><br>　　　Respondent. | Case No. CV 07-5110-PA (MLG)<br><br>JUDGMENT |

　　　IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: January 10, 2008

_____
Percy Anderson
United States District Judge